# Third District Court of Appeal
## State of Florida

Opinion filed August 2, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1074
Lower Tribunal No. F99-38062
_____

**Renard E. Williams,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, William Altfield, Judge.

Renard E. Williams, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LINDSEY, GORDO, and LOBREE, JJ.

PER CURIAM.

Affirmed.